IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD BLOODWORTH,**

      **Plaintiff,**

  vs.                                    Civil Action 2:10-CV-1122
                                                Judge Marbley
                                                Magistrate Judge King

**DEBORA A. TIMMERMAN-COOPER,**
*et al.,*

      **Defendants.**


<u>**ORDER**</u>

      On September 29, 2011, the United States Magistrate Judge recommended that plaintiff's request for interim injunctive relief, Doc. No. 30, be denied. *Report and Recommendation*, Doc. No. 35.  Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

      The *Report and Recommendation*, Doc. No. 35, is **ADOPTED and AFFIRMED**. Plaintiff's request for injunctive relief, Doc. No. 30, is **DENIED**.

                                                        s/Algenon L. Marbley
                                                           Algenon L. Marbley
                                                     United States District Judge