```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

**RONALD BLOODWORTH,**

    **Plaintiff,**

   **vs.**                               **Civil Action 2:10-CV-1122**
                                                     **Judge Marbley**
                                                     **Magistrate Judge King**

**DEBORA A. TIMMERMAN-COOPER,**
**WARDEN, et al.**

    **Defendants.**

## ORDER

On November 16, 2012, the United States Magistrate Judge issued a *Report and Recommendation*, Doc. No. 83, recommending that defendant William Bierbaugh's motion to dismiss be granted.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  *Defendant William Bierbaugh's Motion to Dismiss*, Doc. No. 70, is **GRANTED.**

                                                                     s/Algenon L. Marbley
                                                                       Algenon L. Marbley
                                                                  United States District Judge